NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVO NORDISK A/S AND NOVO NORDISK INC.,**
*Plaintiffs-Appellants,*

v.

**CARACO PHARMACEUTICAL LABORATORIES, LTD., AND SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellees.*

---

2011-1223

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-40188, Judge Avern Cohn.

---

## ON MOTION

---

## ORDER

The parties jointly move to stay the briefing schedule, pending the Supreme Court's disposition of *Caraco Pharmaceutical Laboratories, Ltd. v. Novo Nordisk A/S*, No. 10-844.

The Supreme Court granted certiorari in *Caraco* on June 27, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The parties are directed to inform this court, within 14 days of the Supreme Court's disposition of *Caraco*, concerning how they believe this appeal should proceed.

FOR THE COURT

JUL 2 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark A. Perry, Esq.
     James F. Hurst, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2011

JAN HORBALY
CLERK